AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

JESSE EL-GHOUL

*Defendant(s)*

Case No. 25-mj-7241-JCB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 29, 2024 in the county of Worcester in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 641 | Theft of government funds |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Charles E. Shevlin.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Charles E. Shevlin

*Printed name and title*

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a)

Date: 4:45 PM, Jun 4, 2025

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Jennifer C. Boal, U.S. Magistrate Judge

*Printed name and title*