## **AFFIDAVIT**

I, Charles E. Shevlin, state:

### *INTRODUCTION AND AGENT BACKGROUND*

1.	I have been a Special Agent with Internal Revenue Service Criminal Investigation, United States Department of Treasury ("IRS-CI") since July 2017.  In that role, I investigate criminal violations of the Internal Revenue Code and related criminal statutes.  I have been the lead case agent on numerous fraud investigations.  I have been an affiant in support of applications for criminal complaints, and I have executed arrest warrants based on those complaints

2.	I submit this affidavit in support of an application for a criminal complaint charging JESSE EL-GHOUL ("EL-GHOUL") with theft of government funds, in violation of 18 U.S.C. § 641, and for a warrant for EL-GHOUL's arrest.

3.	As detailed below, EL-GHOUL owned and operated a used car business in Leominster, Massachusetts.  In about March 2024, El-Ghoul obtained a tax refund check that the U.S. Treasury had issued to a Canadian company but that had been altered to be payable to El-Ghoul's business.  El-Ghoul deposited the check into a bank account he controlled and thereby stole $1,355,863 from the U.S. Treasury.

4.	The facts in this affidavit come from my personal knowledge, information that other law enforcement agents provided, information I obtained through witness interviews, and my review of records described below.  This affidavit is not intended to set forth all of the information that I have learned during this investigation and includes only the information necessary to establish probable cause for the requested complaint and arrest warrant.

### *PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED*

5.	"The Bank" is a regional bank headquartered in Boston, Massachusetts.

1

6. According to Massachusetts Registry of Motor Vehicles ("RMV") records, EL-GHOUL lives at ▮▮▮▮▮▮ in Leominster, Massachusetts 01453. Below is EL-GHOUL's RMV photo:



7. In April 2019, EL-GHOUL registered Affordable Motor Group, Inc. ("AFG") as a corporation in Massachusetts. The Articles of Incorporation on file with the Secretary of the Commonwealth listed EL-GHOUL as the President, Treasurer, Secretary, and Director of AFG.

8. AFG was located at ▮▮▮▮▮▮ in Leominster, Massachusetts, across the street from the Bank's Leominster branch. According to corporate filings and public records, AFG operated as a used car dealer.

9. In January 2020, EL-GHOUL opened a checking account at the Bank in the name of AFG with an account number ending in 4754 ("the 4754 Account"). According to account documents he signed, EL-GHOUL was AFG's sole owner, and its Employer Identification Number ("EIN") was ▮▮▮4473.[1] Based on information received from the Bank, by 2024, its personnel were familiar with EL-GHOUL and his company, which was located across the street.

---

[1] In December 2023, EL-GHOUL and a relative signed a new account agreement, listing the relative as a co-owner of and authorized signer for AFG.

10. On or about June 24, 2023, EL-GHOUL filed or caused to be filed an IRS Form 1120, U.S. Corporation Income Tax Return, for the tax year 2021 for AFG. This return, filed under EIN ████4473, reported income tax due and owing of $6,107.00, based on total gross receipts of $1,395,512 and total income of $178,702. When EL-GHOUL filed the Form 1120 for tax year 2021 for AFG, he did not pay the tax due and owing of $6,107.

11. According to IRS records, EL-GHOUL did not file a tax return for AFG for tax year 2022.

12. On or about December 19, 2023, AFG and the IRS entered into an installment payment agreement for AFG to pay its 2021 income tax and related interest and penalties for late filing and late payment. On or about May 10, 2024, AFG began paying the 2021 income tax due and owing to the IRS under the agreement.

13. On or about March 29, 2024, EL-GHOUL entered the Bank's Leominster branch, went to the teller counter, and deposited a U.S. Treasury check numbered 38903229, payable to AFG in the amount of $1,355,863.00, into the 4754 Account. Bank surveillance from that date captured EL-GHOUL engaging in the transaction.




14. An image of the deposit slip and the check EL-GHOUL deposited appear below.

3





15.     The memo on check number 38903229 references "Ogden 12/2021 F-1120." Based on my training and experience investigating tax fraud, I know that this memo refers to a Form 1120 for a foreign corporation filed for tax year 2021, which the IRS processed at its service center in Ogden, Utah.

16.     Based on bank records and U.S. Treasury records that I have reviewed, check number 38903229 cleared and was in the Bank's custody and control.

17.     I reviewed U.S. Treasury records for check number 38903229. There is a real check number 38903229, in the amount $1,355,863, but the U.S. Treasury issued it to an entirely different company, ▮▮▮▮▮▮▮▮ and not to AFG. The check was a refund generated by a 2021

4

Form 1120-F that ▇▇▇▇▇ filed. IRS records show that ▇▇▇▇▇ filed its 2021 Form 1120-F in August of 2022. The U.S. Treasury issued a $1,355,863.00 refund check to ▇▇▇▇▇ on October 10, 2022. The U.S. Postal Service returned it to the IRS as undeliverable. The U.S. Treasury reissued the check on or about February 20, 2024, the date printed on the check image shown above.

18. IRS records show that a representative of ▇▇▇▇▇ contacted the IRS regarding the missing refund check in October 2022. The representative followed up with the IRS in November 2023 and informed the IRS that the taxpayer had not yet received the refund. The representative followed up again in July 2024 and informed the IRS the company still had not received the refund check.

19. Based on records available from both the IRS and the U.S. Treasury, there is probable cause to believe that the U.S. Treasury check that EL-GHOUL deposited was not a true and accurate copy of check 38903229, but rather had been altered to be payable to AFG, so that EL-GHOUL could convert the check to his use.

20. There is also probable cause to believe that EL-GHOUL knew that AFG was not entitled to a tax refund of $1,355,863 because he had negotiated the payment plan described above on taxes that he owed on behalf of AFG (and therefore could not have had a tax refund owed to AFG for the same tax year).

21. Based on the information provided above, there is probable cause to believe that on or about March 29, 2024, EL-GHOUL stole or knowingly converted to his use or the use of another money of the United States or of any department or agency thereof, specifically $1,355,863 from the U.S. Treasury, in violation of 18 U.S.C. § 641.

22. In August 2024, the U.S. Treasury notified the Bank that the above-mentioned

check was an "unauthorized negotiation/claim" and that the U.S. Treasury was reclaiming $1,355,863.00, the value of the check.

23. Bank records show that on August 12, 2024, the U.S. Treasury reclaimed $1,355,863.00 from the 4754 Account. At the time of the reclamation, the Bank's records show that the balance on the 4754 Account was $-277.70. The Bank, which was unable to recover any of the funds from the fraudulent U.S. Treasury check, suffered a loss of $1,355,863.00.

Sworn to under the pains and penalties of perjury,

Charles E. Shevlin
Special Agent
Internal Revenue Service
Criminal Investigations

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a) on **June 4, 2025.**

Hon. JENNIFER C. BOAL
United States Magistrate Judge